IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHTON PIERRE COYT SOWELLS, | § § § | |
| *Petitioner*, | § § | |
| v. | § | CIVIL ACTION NO. H-18-0283 |
| LORIE DAVIS, | § § § | |
| *Respondent*. | § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on March 28, 2018.

Gray H. Miller
United States District Judge